United States District Court
Southern District of Texas
**ENTERED**
November 23, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| BERNARDO SANTOS GOMEZ, | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-8874 |
| vs. | § | |
| WARDEN, Joe Corley Processing Center, *et al.*, | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

The petitioner, Bernardo Santos Gomez, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by officials with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). On November 18, 2026, the petitioner's counsel filed an Update to the Court (Docket Entry No. 8) reporting that the petitioner was no longer in custody and was "residing back in his home country as of November 9, 2026." Because the petitioner is no longer in custody, this habeas action is moot.

The court **orders** that this case is **dismissed** without prejudice. Any pending motions are **denied** as moot.

SIGNED on November 23, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge